| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq., SBN 187474 |
| | Charles M. Standard, Esq., SBN 160720 |
| 2 | **McCarthy & Holthus, LLP** |
| | 1770 Fourth Avenue |
| 3 | San Diego, CA  92101 |
| | Phone (619) 685-4800 Ext. 3768 |
| 4 | Fax (619) 685-4810 |
| 5 | Attorney for: Secured Creditor, |
| | Aurora Loan Services, LLC, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-56562 W |
| | ) |
| Patricia Giordano, | ) Chapter   13 |
| | ) |
| | ) RS No.   CMS-4771 |
| | ) |
| | ) **MOTION FOR RELIEF FROM** |
| Debtor. | ) **AUTOMATIC STAY** |
| | ) |
| | ) Date:   01/26/2010 |
| | ) Time:   2:00 p.m. |
| | ) Ctrm:   3020 |
| | ) Place:  280 S. First Street |
| | )         San Jose, CA |

Aurora Loan Services, LLC, its assignees and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts

1 necessary to foreclose under the Deed of Trust secured by the Debtor's property, commonly
2 known as 1079 Fairview Avenue, San Jose, CA 95125, ("Property" herein).

3    As stated in the attached Declaration, the Debtor has failed to make 4 post-petition
4 payments (9/09 through 12/09).

5    Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately
6 protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed
7 from proceeding with the foreclosure of the subject Property. Accordingly, relief from the
8 automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

9    WHEREFORE, Secured Creditor prays for judgment as follows:

10   1. For an Order granting relief from the automatic stay, permitting Secured Creditor to
11      proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the
12      subject Property at a trustee's sale under the terms of the Deed of Trust to proceed
13      with any and all post foreclosure sale remedies, including the unlawful detainer action
14      or any other action necessary to obtain possession of the Property.
15   2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be
16      waived.
17   3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as
18      the Court deems proper.
19   4. For attorneys' fees and costs incurred herein.
20   5. For such other relief as the Court deems proper.
21   6. The Moving Party, at its option, may offer, provide and enter into any potential
22      forbearance agreement, loan modification, refinance agreement or other loan
23      workout/loss mitigation agreement as allowed by state law. The Movant may contact
24      the Debtor via telephone or written correspondence to offer such an agreement. Any
25 ///
26 ///
27 ///
28 ///
29 ///

1 | such agreement shall be non-recourse unless included in a reaffirmation
2 | agreement.
3 | Dated: December 30, 2009                McCarthy & Holthus, LLP

By:  /s/ Charles M. Standard
    Charles M. Standard, Esq.
    Attorneys for Secured Creditor
    Aurora Loan Services, LLC