JaVonne M. Phillips, Esq. SBN 187474
Charles M. Standard, Esq. SBN 160720
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 3768
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-56562 W |
| | ) |
| Patricia Giordano, | ) Chapter 13 |
| | ) |
| | ) RS No. CMS-4771 |
| | ) |
| | ) **DECLARATION IN SUPPORT OF** |
| Debtor. | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| | ) |
| | ) Date: 01/26/2010 |
| | ) Time: 2:00 p.m. |
| | ) Ctrm: 3020 |
| | ) Place: 280 S. First Street |
| | )        San Jose, CA |

I, _____, declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am employed by Aurora Loan Services, LLC, ("Secured Creditor" herein), and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Secured Creditor are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Secured Creditor in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge and/or access to the business records.

4. The subject real property securing the Deed of Trust loan is commonly known as 1079 Fairview Avenue, San Jose, CA 95125, and legally described as set forth in the Deed of Trust attached hereto.

5. Secured Creditor holds the original Promissory Note dated 10/22/2004, in the principal amount of $485,000.00, which is secured by the Deed of Trust of the same date. **See Exhibit "1"**.

6. The Debtor filed this subject bankruptcy petition on 08/08/09.

7. Pursuant to the terms of the Note and/or Deed of Trust, a payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

8. With respect to Secured Creditor's Deed of Trust as of December 4, 2009, the following is now due:

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 458,317.33 |
| PRE-PETITION DELINQUENCIES (Due at time of the Bankruptcy Filing) | | |
| Monthly Payments: 9 at $2,895.55 (12/01/08 through 08/01/09) | $ | 26,059.95 |
| Late Charges: | $ | 286.90 |
| Bankruptcy Fees and | $ | 150.00 |

I, Staci Leenan, declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am employed by Aurora Loan Services, LLC, (Secured Creditor herein), and am familiar with the subject Deed of Trust and loan in favor of Secured Creditor herein, and the subject Bankruptcy case

3. I am familiar with the manner and procedure by which the records of Secured Creditor are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Secured Creditor in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge and/or access to the business records.

4. The subject real property securing the Deed of Trust loan is commonly known as 9501 Ostrander Court Wilton, CA 95693 and legally described as set forth in the Deed of Trust, attached hereto.

5. Secured Creditor is the holder of a Promissory Note dated 06/24/2005 in the principal amount of $800,000.00 which is secured by the Deed of Trust of the same date. **See Exhibit 1** .

6. The Debtor filed the bankruptcy petition on 11/12/09.

7. Pursuant to the terms of the Note and/or Deed of Trust, a payment received is applied to the account and credited to the next due payment. For example, a payment received in December will be applied to the November payment if no payment had been received in November.

///
///
///
///
///
///

2    File No. CA-09-17366/ Case No. 09-44787
Declaration in Support of Motion for Relief from Stay

Case: 09-56562   Doc# 22-1   Filed: 12/30/09   Entered: 12/30/09 18:41:51   Page 3 of 4

8. With respect to Secured Creditor's Deed of Trust as of December 2, 2009, the following is now due:

| | | |
|---|---:|---:|
| Unpaid Principal Balance: | $ | 799,294.33 |
| **DELINQUENCIES** | | |
| Monthly Payments: 7 at $3,931.92 | $ | 27,523.44 |
| (06/01/09 through 12/01/09) | | |
| Late Charges: | $ | 978.30 |
| Advances: | $ | 13,527.93 |
| Total Fees: | $ | 25.00 |
| Foreclosures & Attorney's Fees & Costs: | $ | 1,791.38 |
| Bankruptcy Attorney Fee: | $ | 550.00 |
| Bankruptcy Filing Fee: | $ | 150.00 |
| **Total Delinquencies:** | **$** | **44,546.05** |

9. The next scheduled monthly payment is due 01/01/2010, and continuing each month thereafter. Late charges are due on the 16th day of each month if payment is not received by the 15th of the month when due.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12-10-09 (Date) at Indianapolis (City), Indiana (State).

*Staci Keenan*