DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>GIORDANO, PATRICIA<br><br><br><br><br><br><br><br><br><br>Debtor(s) | Chapter 13<br>Case No. 09-5-6562 ASW<br><br>**2ND AMENDED**<br>TRUSTEE'S OBJECTION TO<br>CONFIRMATION WITH CERTIFICATE OF<br>SERVICE<br><br>Pre-Hearing Conference Date: APRIL 6, 2010<br>Pre-Hearing Conference Time: 2:00 PM<br>Place: 280 S. 1st Street Room 3020<br>     San Jose, CA<br>Judge: Arthur S. Weissbrodt |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. There is a violation of Section 1325(b)(1)(B) as the term of the Plan is less than 36 months. The term is approximately 17 months.
2. The debtor's Chapter 13 Plan was not filed with the Petition, and was not filed in time to be served with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Deadlines. The debtor must serve all creditors with the Chapter 13 Plan, along with the

applicable "Notice to Creditors Regarding Plan Provisions," and the "Order Establishing Procedures for Objection to Confirmation."

3. The debtor has failed to list all mortgage payments for the real property located at 1079 Fairview Avenue San Jose, CA in Section 4 of the Chapter 13 Plan filed on August 23, 2009. An Amended Plan must be filed.

4. The Trustee is in receipt of a letter from Aurora Loan Services dated December 23, 2009 stating the debtor's mortgage payment for account #0019234368 will be $4,637.27 effective March 2010. The debtor has failed to list said mortgage payment in Section 4 of the Chapter 13 Plan and Schedule J. The proper amendments must be filed and served accordingly.

5. The Trustee questions the feasibility of the debtor's Chapter 13 Plan. Section 1 of the Chapter 13 Plan indicates the debtor shall make plan payments of $4,211.72 per month to the Trustee's Office. Pursuant to Schedule J, there is a deficit of $3,468.72 in the debtor's monthly budget after making the proposed Chapter 13 plan payment.

6. Pursuant to Schedule B there appears to be a violation of Section 1325(a)(4) in that unsecured creditors would receive more in a Chapter 7 liquidation. The excess equity, above the debtor's allowed exemption, in the debtor's personal property is $7,131.70, while unsecured creditors will only receive $0.00 under the proposed 0% plan. Unsecured creditors must receive no less than 14%.

7. All creditors listed on Schedule F were omitted from the Chapter 13 Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines and did not receive proper notice of the debtor's Chapter 13 Bankruptcy filing. The debtor must serve all creditors listed on Schedule F with the Chapter 13 Plan, along with the applicable "Notice to Creditors Regarding Plan Provisions," and the "Order Establishing Procedures for Objection to Confirmation."

//

//

8. The debtor has failed to list her income for tax years 2007 and 2008 under Section 1 of the Statement of Financial Affairs. An Amended Statement of Financial Affairs must be filed.

9. The debtor has failed to provide the Trustee with copies of her payment advices for the 60 days preceding the filing of the petition, and has failed to provide the Trustee with a copy of her most recently filed tax return.

Dated: February 18, 2010                            /S/ Devin Derham-Burk
                                                    _____
                                                    Chapter 13 Trustee

Trustee's Obj to Confirmation 09-5-6562 ASW–

3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | |
| 3 | I declare that I am over the age of 18 years, not a party to the within cause; my business |
| 4 | address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the |
| 5 | within Trustee's 2nd Amended Objection to Confirmation by placing same in an envelope in the |
| 6 | U.S. Mail at Los Gatos, California on February 18, 2010. |
| 7 | Said envelopes were addressed as follows: |

PATRICIA GIORDANO
1079 FAIRVIEW AVE
SAN JOSE, CA  95125

THE GRIFFIN LAW FIRM
980 NINTH ST 16TH FL
SACRAMENTO, CA  95814

/S/_Erin Chew_____
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 09-5-6562 ASW–